In error to the Supreme Court of the State of Arkansas. Motion to dismiss or affirm or place on the summary docket submitted May 21, 1917. Decided June 4, 1917. *Per Curiam.* Judgment affirmed with costs upon the authority of *Chicago Junction Ry. Co.* v. *King*, 222 U. S. 222; *Seaboard Air Line Ry.* v. *Padgett*, 236 U. S. 668; *Baltimore & Ohio R. R. Co.* v. *Whitacre*, 242 U. S. 169. *Mr. Troy Pace* for plaintiff in error. *Mr. J. H. Ralston* and *Mr. William E. Richardson* for defendant in error.

---

No. ——. Original. *Ex parte:* IN THE MATTER OF CORNELIA G. GOODRICH ET. AL., PETITIONERS. Submitted May 21, 1917. Decided June 4, 1917. Motion for leave to file petition for writ of prohibition denied. *Mr. Hannis Taylor* and *Mr. William D. Gordon* for petitioners.

---

No. ——. Original. *Ex parte:* IN THE MATTER OF J. S. KILGORE, SR., AND L. K. HUNTER, PETITIONERS. Submitted May 21, 1917. Decided June 4, 1917. Motion for leave to file petition for writ of mandamus denied. *Mr. W. E. Breese* for petitioners.

---

No. 657. JOSEPH HENRY BASH, ET AL., PLAINTIFFS IN ERROR, *v.* WILLIAM HOWALD. In error to the Supreme Court of the State of Oklahoma. Motion to dismiss submitted June 4, 1917. Decided June 11, 1917. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Deming* v. *Carlisle Packing Co.*, 226 U. S. 102, 105; *Consolidated Turnpike* v. *Norfolk &c. Ry. Co.*, 228 U. S. 596, 600; *Parker* v. *McLain*, 237 U. S. 469; *Stewart* v. *Kansas*